**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-CV-1931-STV

KIOSK INFORMATION SYSTEMS, INC.,

Plaintiff,

vs.

ASTICS INC.,

Defendant.

---

**KIOSK INFORMATION SYSTEMS, INC.'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

---

Plaintiff KIOSK Information Systems, Inc. ("KIOSK"), by and through its counsel, respectfully submits this Motion to Continue Scheduling Conference, as set by the Court's July 1, 2026 Minute Order. (Dkt. 11.)

On May 5, 2026, KIOSK filed its Complaint (Dkt. 1) against Defendant Astics Inc. ("Astics"). On May 7, 2026, KIOSK served the Complaint and Summons on Astics' registered agent, and proof of service was filed that same day. (*See* Dkt. 7.) To date, Astics has not filed a response to the Complaint. Declaration of David J. Tsai in Support of KIOSK Information Systems, Inc.'s Motion to Continue Scheduling Conference ("Tsai Decl."), ¶ 2.

On May 11, 2026, Astics, together with two of its principals, filed a separate lawsuit against KIOSK, arising from the same transactions and occurrences that are the subject of the above-captioned matter, in the 502nd Judicial District Court of Fort Bend County, Texas, styled *Astics*

*Inc., et al. v. KIOSK Info. Sys., Inc.*, Case No. 26-DCV-344002 (the "Texas State Court Action"). Tsai Decl., ¶ 3.

On June 12, 2026, KIOSK removed the Texas State Court Action to the United States District Court for the Southern District of Texas, where it is styled *Astics Inc., et al. v. KIOSK Info. Sys., Inc.*, Case No. 4:26-cv-04680 (the "Texas Federal Court Action"). Tsai Decl., ¶ 4. On June 19, 2026, KIOSK moved to transfer the Texas Federal Court Action to this Court, on the basis that the above-captioned matter was the first-filed federal action involving the same parties, contracts, transactions, and underlying dispute. Tsai Decl., ¶ 5, Ex. A. Briefing on KIOSK's Motion to Transfer Venue was completed on July 17, 2026. Tsai Decl., ¶ 6. KIOSK's Motion to Transfer Venue has not been set for hearing, and an order has not been issued. Tsai Decl., ¶ 6.

Separately, KIOSK and Astics have been engaged in settlement discussions concerning their dispute. Tsai Decl., ¶ 7. In light of those discussions, KIOSK has not sought entry of default or default judgment against Astics in this action. Tsai Decl., ¶ 7.

Further, because Astics has not yet made an appearance in this matter, KIOSK has been unable to meet and confer with Astics in accordance with Federal Rules of Civil Procedure Rule 26(f). As such, KIOSK has been unable to arrange the required Rule 26(f) conference or prepare a joint proposed scheduling order. If the Court nevertheless directs KIOSK to submit a proposed scheduling order unilaterally, KIOSK will promptly do so.

Accordingly, KIOSK respectfully submits that good cause exists to continue the August 20, 2026 scheduling conference for approximately three months, to a date in November 2026, and to extend the deadline for filing the proposed scheduling order until seven days before

the rescheduled scheduling conference, or such other date as the Court deems appropriate. The requested continuance is sought in good faith and not for purposes of delay.

Dated: August 13, 2026

Respectfully submitted,

*/s/ David J. Tsai*

David J. Tsai
John Steger
Chris Garza Estrada
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

*Attorneys for Plaintiff*
*KIOSK Information Systems, Inc.*